Reilly Tar and Chemical Corporation (now The Reilly Corporation), Appellant, v. Francis J. Lewis, Appellee.

Gen. No. 44,575. ▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮ Heard in the third division, first district, this court at the October term, 1948. W. M.

Keeley, for appellant; A. B. Manion and L. H. Vogel, for appellee. Opinion by JUSTICE BURKE. Not to be published in full. Opinion filed May 24, 1950; rehearing denied June 14, 1950; released for publication June 15, 1950.